DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
MARK D. LIPTON, State Bar #152864
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4218 (Lipton)
Telephone:      (415) 554-3908 (Keith)
Facsimile:      (415) 554-3837
E-Mail:         mark.lipton@sfgov.org
E-Mail:         peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, AND MICHAEL HENNESSEY

CHE L. HASHIM, Esq., State Bar #238565
Law Offices of Che L. Hashim
861 Bryant Street
San Francisco, CA 94103
Telephone:      (415) 487-1700
Facsimile:      (415) 431-1312
Email:          che.hashim.esq@gmail.com

Attorneys for Plaintiff
LUKE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE SMITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO POLICE and SHERIFF'S DEPARTMENTS, municipal corporations; HEATHER FONG in her capacity as chief of police for CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, in his capacity as sheriff for CITY AND COUNTY OF SAN FRANCISCO, 1-100, inclusive; individually and in their capacities as POLICE OFFICERS and SHERIFF'S DEPUTIES for the CITY AND COUNTY OF SAN FRANCISCO.<br><br>    Defendants. | Case No. CV-10-3544 EDL<br><br>**[PROPOSED] STIPULATED ORDER AUTHORIZING DISCOVERY OF CONFIDENTIAL CRIMINAL HISTORY INFORMATION IN THE POSSESSION OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Judge:        Judge Laporte<br><br>Trial Date:    None Set |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and stipulate as follows:

1.  Good cause exists for the Court to authorize the parties to this action to receive certain "state summary criminal history information," as defined in California Penal Code section 11105(a), in the possession of the City and County of San Francisco.  Namely:

2.  Plaintiff Luke Smith contends, *inter alia*, that the Defendant City and County of San Francisco erroneously allowed an arrestee to assume the identity of Mr. Smith, which ultimately led to the issuance of a bench warrant for Mr. Smith when the impostor did not appear for his prosecution under Mr. Smith's name in San Francisco Superior Court.  Plaintiff Luke Smith further contends that the City and County of San Francisco erred when Mr. Smith was later arrested pursuant to the same bench warrant and that the City and County of San Francisco failed to timely determine that Mr. Smith was not the correct person wanted pursuant to the bench warrant.

3.  In connection with the arrest and booking process in San Francisco, various documents are generated that contain information such as unique identifying information based on fingerprints and criminal histories.  This information is used in connection with making identification and custody decisions and it is therefore relevant to Mr. Smith's claims in this action.  However, at least some of the information contained in these documents is or could be considered "state summary criminal history information," is subject to protection under California law.  Section 11142 of the California Penal Code makes it a misdemeanor to disclose state summary criminal history information to a person who is not authorized to receive such information.  However, under section 11140 of the California Penal Code, a court may authorize persons to receive such information.  Because good cause exists for discovery of the state summary criminal history information that was generated in connection with the subject arrests and bookings in this action, the parties respectfully request that the Court authorize San Francisco to disclose that information in discovery.

///

1  4. State summary criminal history information produced in this action shall be treated as
2  confidential information subject to the terms of the Stipulated Protective Order in this action.

3  IT IS SO STIPULATED.

5  Dated: January 14, 2010

            DENNIS J. HERRERA
            City Attorney
            JOANNE HOEPER
            Chief Trial Deputy
            PETER J. KEITH
            MARK D. LIPTON
            Deputy City Attorneys

            By:     /s/  Peter J. Keith
                    PETER J. KEITH

            Attorneys for
            CITY AND COUNTY OF SAN FRANCISCO,
            HEATHER FONG, AND MICHAEL HENNESSEY

Dated: January 14, 2011

            LAW OFFICES OF CHE L. HASHIM

            By:    /s/*  Che L. Hashim
                   CHE L. HASHIM

            Attorneys for
            LUKE SMITH

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**ORDER**

BASED ON THE ABOVE ENTERED STIPULATION, the City and County of San Francisco is authorized to release state summary criminal history information pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated:

                                    _____
                                    THE HONORABLE ELIZABETH D. LAPORTE
                                    UNITED STATES MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte)*